AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**STEVEN J. JOLES, EVERETT C. LEWIS, III, AND THOMAS DOBBING**
Plaintiff
v.
**COMPUTER SCIENCES CORPORATION**
Defendant

Civil Action No. CA 08 166ML

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**Computer Sciences Corporation c/o AGENT FOR SERVICE: CT Corporation System**
**2100 East Grand Avenue** **10 Weybosset Street**
**El Segundo, CA 90245** **Providence, RI 02903**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 5/2/08

Doreen Baldwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 5-5-08, by:

(1) personally delivering a copy of each to the individual at this place, ____________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is CT Corp. Systems 10 Weybosset St. Prov. RI; or

(4) returning the summons unexecuted to the court clerk on ____________; or

(5) other *(specify)* ____________________.

My fees are $ 45 for travel and $ — for services, for a total of $ 45.00.

Date: 5-5-08

[signature]
Server's signature

FREDERICK J. McCARTHY Federal Process Server
Printed name and title

28 Hillside Dr Warwick, RI 02889
Server's address