**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN J. JOLES, EVERETT C. LEWIS, III, and THOMAS DOBBING,** | : | |
| **Plaintiffs,** | : | **C.A. No.: 08-166ML** |
| **- against -** | : | **STIPULATION TO ANSWER OUT OF TIME** |
| **COMPUTER SCIENCES CORPORATION,** | : | |
| **Defendant.** | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between Counsel for Plaintiffs and Counsel for Defendant that:

1. Anthony J. DiOrio, a partner of the firm Jackson Lewis LLP, hereby enters his appearance on behalf of Defendant Computer Sciences Corporation ("CSC").

2. The time for CSC to Answer, move or otherwise respond to Plaintiffs' Complaint shall be extended to and including June 16, 2008.

3. CSC hereby waives any and all issues regarding service of process.

Dated: May 19, 2008

/s/ Michael R. DeLuca
Michael R. DeLuca, Esq. (#3663)
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, R.I. 02903
(401) 274-6644
(401) 331-9304 (fax)
mrd@gsm-law.com
COUNSEL FOR PLAINTIFFS

Dated: May 19, 2008

/s/ Anthony J. DiOrio__________

Anthony J. DiOrio, Esq. (#3419)
Jackson Lewis LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444
(401) 454-7702 (fax)
diorioa@jacksonlewis.com
COUNSEL FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN J. JOLES, EVERETT C. LEWIS, III, and THOMAS DOBBING,** | : | |
| **Plaintiffs,** | : | **C.A. No.: 08-166ML** |
| **- against -** | : | |
| **COMPUTER SCIENCES CORPORATION,** | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Stipulation to Answer Out of Time has been filed electronically and that it is available for viewing and downloading from the ECF system, this 19th day of May, 2008.

/s/ Anthony J. DiOrio_____
Anthony J. DiOrio (#3419)