**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN J. JOLES, EVERETT C. LEWIS, III, and THOMAS DOBBING,** **Plaintiffs,** | : | **C.A. No.: 08-166ML** |
| **- against -** | : | **NOTICE OF APPEARANCE** |
| **COMPUTER SCIENCES CORPORATION,** **Defendant.** | : | |

The undersigned hereby formally enters his appearance as trial counsel for Defendant Computer Sciences Corporation.

Dated: May 19, 2008
Providence, Rhode Island

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By:______/s/ Anthony J. DiOrio (#3419)____

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN J. JOLES, EVERETT C. LEWIS, III, and THOMAS DOBBING,** | : | |
| **Plaintiffs,** | : | **C.A. No.: 08-166ML** |
| **- against -** | : | |
| **COMPUTER SCIENCES CORPORATION,** | : | |
| **Defendant.** | : | |

The undersigned hereby certifies that Defendant's Entry of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 19th day of May, 2008.

/s/ Anthony J. DiOrio (#3419)