**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN J. JOLES, EVERETT C. LEWIS, III, and THOMAS DOBBING,** | : | |
| **Plaintiffs,** | : | **C.A. No.: 08-166ML** |
| **- against -** | : | **RULE 7.1 STATEMENT** |
| **COMPUTER SCIENCES CORPORATION,** | : | |
| **Defendant.** | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Computer Sciences Corporation is a nongovernmental corporate party which is publicly traded (NYSE: CSC). The Defendant has no parent corporation, and no publicly traded corporation owns a 10% or more interest in Defendant's stock.

Respectfully submitted,

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By:______/s/ Anthony J. DiOrio (#3419)____

Dated: June 11, 2008
Providence, Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN J. JOLES, EVERETT C. LEWIS, III, and THOMAS DOBBING,** | : | |
| **Plaintiffs,** | : | **C.A. No.: 08-166ML** |
| **- against -** | : | **Certificate of Service** |
| **COMPUTER SCIENCES CORPORATION,** | : | |
| **Defendant.** | : | |

The undersigned hereby certifies that Defendant's Rule 7.1 Statement has been filed electronically and that it is available for viewing and downloading from the ECF system, this 11th day of June, 2008.

/s/ Anthony J. DiOrio (#3419)