AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

STEVEN T. JOLES ET AL

V.

COMPUTER SCIENCES CORPORATION

**APPEARANCE**

Case Number: 08-166ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

STEVEN T. JOLES
EVERETT C. LEWIS, III
THOMAS DOBBINS

I certify that I am admitted to practice in this court.

8/26/08
Date

[signature]
Signature


MATTHEW D. ROCHELEAU — 6107
Print Name — Bar Number

ONE TURKS HEAD PLACE, SUITE 900
Address

PROVIDENCE — RI — 02903
City — State — Zip Code

(401) 274-6644 — (401) 331-9304
Phone Number — Fax Number